**FILED**

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0158

IN THE SUPREME COURT OF THE STATE OF MONTANA
MONTANA SUPREME COURT CAUSE DA-2022-0158

PFEIL ACQUISITIONS LLC,

      APPELLANT,

v.

GALLATIN CONSERVATION
DISTRICT,

      APPELLEE.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER ON MOTION FOR
EXTENSION OF TIME**

* * * * * * * * * * * * *

On Motion of Appellee Gallatin Conservation District and for good cause shown,

Appellee is granted until September 9, 2022 to file its opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2022